UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:13-cv-17-RLV
(5:03-cr-4-RLV-12)

| | |
|---|---|
| JASMINE DESHON HOLMES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on its own motion following the filing of Respondent's Response in Opposition and Motion to Dismiss on February 3, 2014, (Doc. No. 4).

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court advises Petitioner, who is proceeding pro se, that he has a right to respond to Respondent's motion. The Court also advises Petitioner that failure to respond may result in dismissal of the Complaint.

**IT IS, THEREFORE, ORDERED** that:

1. Petitioner shall respond to the pending Motion to Dismiss, (Doc. No. 4), no later than fourteen (14) days from service of this Order. Failure to file a timely and persuasive response may lead to the dismissal of this lawsuit.

2. The Clerk of Court is directed to send a copy of this Order to the pro se Petitioner by certified U.S. mail.

Signed: February 4, 2014

*Richard L. Voorhees*

Richard L. Voorhees
United States District Judge