# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| JASMINE DESHON HOLMES, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:13-cv-00017-RLV |
| | ) | 5:03CR4-12-V |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 17, 2014 Order.

March 17, 2014

Frank G. Johns, Clerk
United States District Court